UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **CASE NO.** |
| | : | |
| PARIS SIMMONS | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2114(a)** |
| Defendant. | : | **(Postal Robbery)** |
| | : | |
| | : | **22 D.C. Code §§ 2801, 4502** |
| | : | **(Armed Robbery)** |
| | : | |
| | : | **22 D.C. Code § 4504(b)** |
| | : | **(Possession of a Firearm During a Crime** |
| | : | **of Violence)** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 12, 2026, within the District of Columbia, **PARIS SIMMONS**, did

assault N.F., an employee of the United States Postal Service, having lawful charge, control, and

custody of property of the United States, with intent to rob, steal, and purloin such property of the

United States, specifically a postal service key.

(**Postal Robbery**, in violation of Title 18, United States Code, Section 2114(a))

## COUNT TWO

On or about January 12, 2026, within the District of Columbia, **PARIS SIMMONS**, while

armed with and having readily available a firearm or imitation thereof, by force and violence,

against resistance, and by putting in fear, stole and took from the person and from the immediate

actual possession of N.F., property under the control and custody of N.F., consisting of a postal service key.

(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801, 4502)

## COUNT THREE

On or about January 12, 2026, within the District of Columbia, **PARIS SIMMONS** did possess a firearm or imitation thereof while committing the crime of Armed Robbery as set forth in Count Two of this Indictment.

(**Possession of a Firearm During a Crime of Violence**, in violation of Title 22, District of Columbia Code, Section 4504(b))

Jeanine Ferris Pirro
United States Attorney

A TRUE BILL:

*Colleen D Kukowski*

By: Colleen Kukowski
Assistant United States Attorney

FOREPERSON.

2